**A. G. HENDRICK, Appellant, v. STANDARD OIL COMPANY OF INDIANA.**

**No. 8934.**

Circuit Court of Appeals, Eighth Circuit.

May 4, 1931.

A. E. Sheridan, of Waukon, Iowa, and H. C. Kenline, R. P. Roedell, H. J. Hoffmann, and L. F. Tierney, all of Dubuque, Iowa, for appellant.

F. A. O'Connor, of Dubuque, Iowa, and B. F. Swisher, of Waterloo, Iowa, for appellee.

PER CURIAM.

Appeal dismissed, at costs of appellant, on motion of appellee under rules 23 and 24.